UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERTO NUNEZ SOTO,<br>*Petitioner*<br><br>v.<br><br>PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL *et al.*<br>*Respondents* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. SA-25-CA-01932-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Petitioner Roberto Nunez Soto's petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated January 14, 2026. Petitioner shall be released from detention in accordance with that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this 14th day of January, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE